IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DOE                                                                                            PLAINTIFF

v.                               CASE NO. 3:20-CV-00092 BSM

ARKANSAS DEPARTMENT OF
HUMAN SERVICES, et al.                                                          DEFENDANTS

## ORDER

Pursuant to the joint stipulation of dismissal [Doc. No. 9], this case is dismissed without prejudice. The motion to dismiss [Doc. No. 7] is denied as moot.

IT IS SO ORDERED this 6th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE