IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DOE                                                                                                       PLAINTIFF

v.                                    CASE NO. 3:20-CV-00092 BSM

ARKANSAS DEPARTMENT OF
HUMAN SERVICES, et al.                                                                DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE